AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | |
| | ) | Case No. 18-mj-01129-STV |
| DANIEL B. RUDDEN | ) | |
| | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of January 17, 2017, in the State and District of Colorado, and elsewhere, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |

This criminal complaint is based on these facts:
See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

*s/Travis Wall*
*Complainant's signature*

Special Agent Travis Wall, FBI
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: July 16, 2018

*Judge's signature*

City and state: Denver, Colorado

Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Travis L. Wall, being on oath first duly sworn, depose and state:

1. **Purpose of Affidavit**

This is an affidavit submitted in support of a complaint requested by your affiant against Daniel Bernard Rudden. This investigation involves potential violations of Title 18 U.S.C. § 1343, Wire Fraud.

2. **Background of Your Affiant**

I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been since February 2004. Prior to my employment with the FBI I was employed as a Certified Public Accountant and later as a Chief Financial Officer for a national drug testing company; a restaurant franchise company and a construction company. As a FBI SA, I have investigated numerous federal violations including 18 U.S.C. § 1344, Bank Fraud; 18 U.S.C. § 1343, Wire Fraud; 18 U.S.C. § 1956 and 1957, Money Laundering; 18 U.S.C. § 371, Conspiracy; 18 U.S.C. § 2113, Bank Robbery; 21 U.S.C. § 841, Distribution of Controlled Substances; 18 U.S.C. § 924, Firearm Violations; 18 U.S.C. § 1347, Healthcare Fraud and other federal violations, some of which including obtaining and serving search warrants for computer, telephone and related electronic and digital media.

3. I make this affidavit in support of a complaint against Daniel Bernard Rudden who operated a Ponzi schemed through companies owned and operated by Rudden since 2010 or 2011 until 2018.

4. I am familiar with the facts and circumstances of this case. The facts set forth in this affidavit are based on my personal observations, knowledge obtained from other agents and other individuals; my review of documents related to this investigation; oral and written

communications with others who have personal knowledge of the events and circumstances described herein; review of public source information, including information available on the Internet; and records received via legal process. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a complaint, it does not set forth each and every fact that I or others have learned during the course of this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe Daniel Bernard Rudden (Rudden) violated Title 18 U.S.C. § 1343, Wire Fraud.

5.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18 U.S.C. § 1343, Wire Fraud were committed by Rudden.

## **INVESTIGATION**

6.      On or around July 09, 2018, California resident JK contacted the Federal Bureau of Investigation to report she was defrauded of approximately $300,000 by Rudden.   On one occasion, in January 2017, JK wired $100,000 to Rudden and/or Rudden's company Financial Visions (FV) at Colorado State Bank and Trust (CSBT), account number XXXXXX7076 located 8095 East Belleview Avenue, Denver, Colorado 80111.

7.      An internet search by the affiant showed CSBT only had branches located in Colorado.

8.      On July 16, 2018, the affiant interviewed JK.  JK advised on January 17, 2017, she initiated a wire to Rudden and/or FV from her bank, Pacific Western Bank (PWB), located at 21600 Oxnard Street, Suite 100, Woodland Hills, California 91367.  JK was physically at PWB when she initiated the wire to Rudden.

**9.** JK advised Rudden told JK her money would be used by FV to "factor" funeral expenses. According to JK, Rudden said he loaned money to people to pay for funeral expenses until insurance paid or other payment arrangements could be made.

**10.** On or around July 09, 2018, Rudden sent an email to his investors stating their money was gone and that Rudden's business was a scam.

**11.** On or around July 11, 2018, Rudden was contacted by Brian Maass, a reporter with CBS 4 News Denver. Via telephone Rudden confessed to Maass that he took investors' money and that his business was a Ponzi scheme and that $55 million of investors' money was gone. The report was available on CBS 4 Denver's web site at https://denver.cbslocal.com/2018/07/11/businessman-confesses -55m-ponzi-schme/.

**12.** On July 14, 2018, the writer interviewed Rudden. Rudden confessed to running a Ponzi scheme since 2010 or 2011. Rudden said he received some investors' money via wire transfer. Rudden stated there were approximately 150 investors located in Colorado and other states. Rudden stated a large number of investors lost money by investing with Rudden's company. Rudden admitted he took money from investors knowing there was no business in which to invest the money and that he used most of the money to pay other investors.

**13.** On July 16, 2018, PWB Assistant Branch Manager, AT advised all PWB wires were initiated in California. As such, based on the writer's knowledge and experience, wires initiated in California to individuals or businesses in Colorado would have to travel interstate.

## CONCLUSION

Based on the foregoing facts and my experience and training, I believe that there is probable cause that Daniel Bernard Rudden violated Title 18 U.S.C. § 1343, Wire Fraud.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

<i>s/Travis L. Wall</i><br>
Travis L. Wall, Special Agent<br>
Federal Bureau of Investigation

SUBSCRIBED and SWORN before me this __16th__ day of __July__ 2018

_____
UNITED STATES MAGISTRATE JUDGE

4