DEFENDANT:   DANIEL B. RUDDEN

DOB:            1946

ADDRESS:     Greenwood Village, CO   80111


COMPLAINT FILED?      ___X___ YES      ___NO

OFFENSE:   **Count 1:** 18 U.S.C. § 1343 – Wire Fraud


LOCATION OF OFFENSE:        Denver County, Colorado

PENALTY:   **Count 1:** NMT 20 years imprisonment; a fine of NMT
                $250,000 or twice the financial gain; NMT 3 years
                Supervised release; and $100 Special Assessment


AGENT:            Special Agent Travis Wall, FBI

AUTHORIZED BY:  Martha A. Paluch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
_____ five days or less
_____X__ over five days
_____ other

THE GOVERNMENT
_____ will seek detention in this case
_____X____ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.
OCDETF CASE:      _____   Yes         ___X__   No