**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No.   18-mj-01129-STV

UNITED STATES OF AMERICA,

     Plaintiff,

v.

   1.  DANIEL B. RUDDEN,

     Defendant.

---

**MOTION TO RESTRICT**

---

The United States of America, by and through, Martha A. Paluch, Assistant United States Attorney, moves the Court to enter an Order restricting the case, including the Criminal Complaint, Affidavit in Support of Criminal Complaint, and the arrest warrant in the above-named matter, as well as this Motion and the Court's Order restricting these documents at Level 3, and as grounds therefore submits the following:

    1.   A Criminal Complaint, Affidavit in Support of Criminal Complaint, Arrest Warrant, and this Motion have been filed as part of a continuing criminal investigation.

    2.   Restriction of the case and documents at Level 3 is appropriate under D.C.Colo.LCrR 47.1 for the following reasons:  1) the interests stated herein outweigh the presumption of public access; 2) clearly defined and serious injury would result if access is not restricted at Level 3; and 3) only restricted access will adequately protect the interests in question.  These interests are further described as follows:  it is necessary to maintain the secrecy of the investigation, as there is reason to believe that notification of the existence of the Criminal Complaint and Affidavit will seriously

jeopardize the investigation by giving the target an opportunity to flee from prosecution and destroy or tamper with evidence.  Restricting access to the case and documents is the only practicable way to maintain the secrecy of the investigation and to adequately protect these concerns.

WHEREFORE, the Government respectfully moves that the case, the Criminal Complaint, Affidavit in Support of Criminal Complaint, Arrest Warrant, this Motion, and the Court's Order restricting these documents be restricted at Level 3 until further order of the Court.


Respectfully submitted,

ROBERT C. TROYER
United States Attorney

*s/ Martha A. Paluch*
By: MARTHA A. PALUCH
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: Martha.paluch@usdoj.gov
Attorney for Government