AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2018 JUL 17 PM 3:40
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

| United States of America | ) |
|---|---|
| v. | ) Case No. 18-mj-01129-STV |
| DANIEL B. RUDDEN | ) |
| Defendant | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DANIEL B. RUDDEN                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1343: Wire Fraud

Date: July 16, 2018

_____
Issuing officer's signature

City and state:  Denver, Colorado        Scott T. Varholak, U.S. Magistrate Judge
                                          *Printed name and title*

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:11 pm, Jul 18, 2018
JEFFREY P. COLWELL, CLERK

### Return

This warrant was received on *(date)* 7/16/2018, and the person was arrested on *(date)* 07/17/2018
at *(city and state)* Denver, CO.

Date: 07/17/2018

_____
Arresting officer's signature

Joseph M. Blaaten DUSM
*Printed name and title*