IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-mj-01129-STV

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. DANIEL B. RUDDEN,

   Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    the Government

DATED at Denver, Colorado this 3rd day of August, 2018.

Rebecca S. Weber
Name of Attorney

United States Attorney's Office
Firm Name

1801 California Street, Suite 1600
Office Address

Denver, CO, 80202
City, State, ZIP Code

303-454-0100
Telephone Number

Rebecca.Weber@usdoj.gov
Primary CM/ECF E-mail Address

Respectfully submitted this 3rd day of August, 2018.

    ROBERT C. TROYER
    United States Attorney

    By:  *s/ Rebecca S. Weber*
    REBECCA S. WEBER
    Assistant U.S. Attorney
    United States Attorney's Office
    1801 California Street
    Suite 1600
    Denver, CO 80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0401
    E-mail: Rebecca.Weber@usdoj.gov